UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                         :

TRUSTEES of the NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS      :
PENSION FUND et al.,
                                                                         :

            Petitioners,                        ORDER
                                                                        :
            -v.-                            21 Civ. 7766 (VSB)(GWG)
                                                                          :
OFFSITE CONSTRUCTION SOLUTIONS LLC,
                                                                          :
            Respondent.
                                                                            :
------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Petitioners have brought this action against Offsite Construction Solutions LLC to confirm and enforce an arbitration award.  <u>See</u> Petition to Confirm an Arbitration Award, filed September 16, 2021 (Docket # 1).  The defendant has been served but never responded to the petition.  While the Court could rule on the petition in the current posture, the Court elects to issue this Order instead in order to provide additional notice to the respondent.

      The Court hereby notifies respondent that it intends to treat the petition as a motion for summary judgment.  Any opposition to the petition shall be filed on or before January 11, 2022.  Any reply shall be filed by January 18, 2022.

      The petitioner is directed to serve a copy of this Order on respondent by mail at its last known addresses as stated in Docket # 10 and to file proof of service.

      SO ORDERED.

Dated:  December 21, 2021
           New York, New York

                                                                GABRIEL W. GORENSTEIN
                                                                 United States Magistrate Judge