UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES of the NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, et al.,
                    Plaintiffs,

        -against-

OFFSITE CONSTRUCTION SOLUTIONS LLC,
                    Defendant.
-----------------------------------------------------------X

21 CIVIL 7766 (VSB)(GWG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 14, 2022, the Report and Recommendation is ADOPTED in its entirety. The Petition is granted and the arbitration award is confirmed. Petitioners are awarded $398,649.02 plus $57.26 in prejudgment interest for each day from June 12, 2021 through the date judgment, in the amount of $14,200.48; accordingly, the case is closed.

**Dated:** New York, New York
         February 14, 2022

                                    RUBY J. KRAJICK
                                      Clerk of Court
                    BY:

                                      **Deputy Clerk**